UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2002 DEC -4  A 11: 52

CLERK'S OFFICE
AT BALTIMORE

_____ DEPUTY

Chambers of
**BENSON EVERETT LEGG**
United States District Judge

101 West Lombard Street
Baltimore, Maryland 21201
(410) 962-0723

December 2, 2002

MEMORANDUM TO COUNSEL AND MR. McCRANK

Re:   Maersk, Inc., et al. v.
      Donald J. McCrank
      Civil #L-97-3907

Dear Counsel and Mr. McCrank:

I received a letter from Mr. McCrank, who is representing himself, stating that the FBI investigation of him is over and requesting that the case be reopened so that he can pursue his counterclaim. Both sides shall submit a written status report by December 21, 2002 stating (i) whether or not either side wishes to revive this case, and (ii) the status of any criminal investigation.

Despite the informal nature of this memorandum, it shall constitute an Order of this Court, and the Clerk is directed to docket it accordingly.

Very truly yours,

Benson Everett Legg

c:   Court file (w/enclosure)



September 6, 2002


Honorable Benson Everett Legg
United States District Court
District of Maryland
101 W. Lombard Street
Baltimore, MD 21201


Ref: Maersk Inc and Pamela McGee Taylor vs. Donald J. McCrank
Civil case # L-97-3907

And Countersuit:

Donald McCrank vs. Pamela McGee Taylor and Marsk Inc
Civil Case * L-97-3907

Dear Judge Legg:

On or about March 1999 plantiffs Maersk and Taylor filed a contempt of court citation and made allegations that I was involved in emailings made to their offices, along with internet newsgroups postings made from a web email service on or about February 1999.

At the time, Maersk directly accused me of being involved in this matter and sought an investigation by the Federal Bureau of Investigation. Maersk repeatedly stated in documents filed with the court that the FBI was going to prove I was responsible for the emailings and seek my prosecution based on federal charges. It is now over three years later and Maersk has failed to prove their malicious and false allegations. Maersk's allegations are malicious, unproven and false

In October of 1999 I filed a countersuit against Plantiffs Maersk and Taylor charging eight separate counts which included slander and malicious prosecution. . Maersk went as so far as to ask the court to seek and investigation into the emails Maersk, at this time has failed to make good on their assurance to the court that the FBI would prove I was responsible for the emailings and seek my prosecution in Federal Court, The FBI has provided me with documentation that I have not, nor have I ever been of any investigative interest to them.

On or about May 1999 Maersk took depositions from two individuals who were former neighbors of mine and who were directly involved or had family members who were involved in an assault upon me and my father as we walked the family pet in December of 1998 outside our residences. These individuals previously had charges filed against due to this incident  One of these individuals was later killed in an accident, and her son had been arrested for as 81 year old father. Lori Aburn had been arrested 5 months earlier and prior to her deposition had earlier been arrested for assaulting me and was directly involved in death threats coming to my home via telephone, which she (Aburn) encouraged  associates, unknown to us, to make on her behalf.

Plantiffs Maersk and Taylor took a deposition from Aburn in which she stated I had made death threats via telephone and in person in late 1998. Aburn's statements were later recanted by Aburn herself in November 1999 in Baltimore County District Court, when she testified (and her

exact words were) "Oh Don! He's never threatened me."

Subsequently we filed a civil suit against Aburn and during her testimony she reverted to her previous complaints. It was obvious that Aburn had conformed her testimony to meet Maersk's specifications and requirements in the deposition she gave to Maersk in May of 1999 and to protect herself from civil liability.. Aburn's deposition was blatant perjury, yet Plantiffs, Maersk insisted Aburn's tdepositon was true. It is believed that Maersk provided Aburn with monetary compensation in return for her deposition and may have provided her an attorney to aide in her defense in civil court.

Therefore, since Maresk assurance to the court on or about March 1999 that the FBI would prove I was involved in the emailings of early 1999 have gone unproven and their civil case against me appears to be in perpetual limbo, I hereby move that Maersk reinstate me, in full for any and all attorney fees incurred by me thus far and I move that damages in the civil case I filed against Maersk in 1999 in association with the malicious prosecution and false charges the Plantiffs Maersk and Taylor have levied against me be awarded to me immediately, in the amount of $100 million dollars associated with these false charges and $100 million dollars in additional damages as well.

Sincerely

Donald J McCrank
6F Viewridege Drive
Baltimore, MD 21236


I certify that on September 6, 2002 a copy of this document was mailed postage prepaid to John K. Weir, Haight, Gardner, Holland & Knight, 195 Broadway, New York, NY 10007 attorneys for the plaintiffs