IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| MAERSK, INC. AND PAMELA McGEE TAYLOR, | * * * |
| Plaintiffs/Counter-Defendants | * |
| v. | * Civil Action No. L97-3907 |
| DONALD MCCRANK, | * * * |
| Defendant/Counter-Plaintiff | * |

\* \* \* \* \* \* \* \* \* \* \* \* \*

### ENTRY OF APPEARANCE AND WITHDRAWAL OF APPEARANCE

Jason W. Gaarder, Esquire hereby withdraws his appearance as counsel for Plaintiffs Maersk, Inc. and Pamela McGee Taylor.

Matthew W. Oakey and Gallagher, Evelius & Jones, LLP hereby enter their appearance as counsel for Plaintiffs Maersk, Inc. and Pamela McGee Taylor.

_Jason W. Gaarder / mwo by permission_
Jason W. Gaarder, Esquire
Federal Bar No. 024072
Legg Mason Wood Walker, Inc.
23rd Floor, 100 Light Street
Baltimore, MD 21202

_Matthew W. Oakey_
Matthew W. Oakey
Federal Bar No. 10764
Gallagher, Evelius & Jones, LLP
Suite 400
218 N. Charles Street
Baltimore, MD 21201
(410) 727-7702

# 203398 MWO
011056-0000

APPROVED THIS 23rd DAY OF December, 2002

_Benson Everett Legg_
BENSON EVERETT LEGG, U.S.D.J.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 20TH day of December, 2002, a copy of the foregoing Entry of Appearance and Withdrawal of Appearance was mailed, postage prepaid, to:

>Donald J. McCrank
>6F Veiwridge Drive
>Baltimore, Maryland  21237

_____
Matthew W. Oakey

# 203398 MWO
011056-0000