LAW OFFICES
# GALLAGHER, EVELIUS & JONES, LLP

| | | |
|---|---|---|
| RICHARD O. BERNDT<br>THOMAS N. BIDDISON, JR.<br>ROBERT R. KERN, JR.<br>SAUL E. GILSTEIN<br>THOMAS B. LEWIS<br>STEPHEN A. GOLDBERG<br>LINDA H. JONES<br>JACK C. TRANTER<br>LESLIE B. SPEED<br>DAVID E. RADERMAN<br>PETER E. KEITH<br>NITA L. SCHULTZ<br>MICHAEL W. SKOJEC<br>KATHRYN KELLEY HOSKINS<br>MARK P. KEENER<br>KEVIN J. DAVIDSON<br>EILEEN M. LUNGA | PARK CHARLES, SUITE 400<br>218 NORTH CHARLES STREET<br>BALTIMORE, MD 21201<br><br>TELEPHONE (410) 727-7702<br>FACSIMILE (410) 468-2786<br>FACSIMILE (410) 837-3079<br>FACSIMILE (410) 837-3085<br>www.gejlaw.com<br><br>FACSIMILE: 410-837-0454<br>WRITER'S DIRECT DIAL: 410-347-1359<br>EMAIL: moakey@gejlaw.com | LORI A. NICOLLE<br>KENNETH S. GROSS<br>THOMAS C. DAME<br>MATTHEW W. OAKEY<br>REBECCA A. WEAVER<br>MICHAEL J. HENIGAN<br>DAVID W. KINKOPF<br>PAUL S. CAIOLA<br>NICOLE J. PAPA<br>GINA M. ADAMS<br>ANDREW E. SKOPP*<br>KIRSTEN ANDREWS WOELPER<br>WILLIE W. WILLIAMS<br>JENNIFER ROHR<br>PHILIP F. DIAMOND<br>CAMILLE A. PARKER<br><br>*Admitted in Illinois, New York,<br>Wisconsin only |

December 20, 2002

## VIA HAND DELIVERY

The Honorable Benson Everett Legg
The United States District Court
 for the District of Maryland
101 W. Lombard Street
Baltimore, MD 21201

    Re:    *Maersk, Inc., et al. v. Donald J. McCrank*
           Civil Action No.: L-97-3907

Dear Judge Legg:

    On behalf of the Plaintiffs, I am writing to respond to your December 2, 2002 memorandum requesting a written status report on the above-captioned case.

    First, I must advise the Court that I am entering my appearance on behalf of the Plaintiffs because the prior local counsel, Jason Gaarder, left our firm in June 2000, and is presently employed at Legg Mason Wood Walker, Inc. I am filing with the clerk's office today an Entry of Appearance to reflect the substitution of counsel on behalf of the Plaintiffs.

    In addition, I learned yesterday that our co-counsel in this case, John Weir and Mary Lynn Nicholas have left the firm of Haight, Gardner, Holland & Knight in New York. Our new co-counsel, Christopher Kelly and Fred Braid, of Haight, Gardner, Holland & Knight only became aware of your December 2 request for a status report two days ago. Evidently, the Court sent the memorandum to Mr. Gaarder, and he forwarded it to the Haight, Gardner firm. Because Mr. Weir and Ms. Nicholas had already departed Haight, Gardner, the

# 203354 MWO
011056-0000

**GALLAGHER, EVELIUS & JONES, LLP**

The Honorable Benson Everett Legg
December 20, 2002
Page Two

memorandum ultimately was forwarded to Mr. Kelly two days ago. Therefore, neither Mr. Kelly nor myself have had an opportunity to confer with our clients to discuss the issues that need to be addressed in the written status report. Mr. Kelly is in the process of contacting our clients to obtain the information necessary to prepare the status report that you requested.

Since my co-counsel and I do not presently have the information needed to submit the written status report, I request that the Court extend the deadline for the Plaintiffs to submit a written status report until January 10, 2003. I expect that such an extension would permit counsel sufficient time to confer with the Plaintiffs, and to provide the Court with our clients' position on the continuation of this litigation.

I apologize for any delay that this extension request may cause either to the Court or Mr. McCrank. If you have any questions regarding our extension request, please do not hesitate to contact me.

Sincerely,

*[signature]*

Matthew W. Oakey

MWO:det

cc:  Mr. Donald J. McCrank
     Christopher J. Kelly, Esquire

*Approved    12/24/02
    B. Legg
    USDJ*

# 203354 MWO
011056-0000