IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

FILED
U.S. DISTRICT COURT
OF MARYLAND
2003 FEB 13  A 11: 48

AT BALTIMORE

| | | |
|---|---|---|
| **MAERSK, INC. et al.** | : | |
| | : | |
| v. | : | CIVIL NO. L-97-3907 |
| | : | |
| **DONALD J. MCCRANK** | : | |

## ORDER

On January 28, 1999, this case was administratively closed due to pending bankruptcy proceedings. The Order provided that the case would be reopened for good cause shown.

By letter dated December 9, 2002, Mr. McCrank notified the Court that the bankruptcy proceedings had concluded and requested that the Court reopen the case. The Court finds this to be good cause.

Accordingly, the court hereby REOPENS the case. A scheduling order will be issued separately.

It is so ORDERED this _11th_ day of February, 2003.

_____
Benson Everett Legg
Chief Judge