IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

MAERSK, INC., et al.          :
                              :
v.                            :        Civil Case No. L-97-3907
                              :
DONALD J. MCCRANK             :

### Order Rule 16(b) Scheduling Conference

At 9:30 a.m. on March 14, 2003, the Court will hold a Rule 16(b) pretrial scheduling conference. The conference will be held in Courtroom 3D. At the conference, all parties should be prepared to discuss a schedule for the following:

A. exchange of documents. Specifically, the parties shall determine (i) what categories of documents they will exchange and (ii) a timeline for doing so;

B. interrogatories. Specifically, the parties shall determine (i) how many interrogatories will be allowed, (ii) when they will be submitted to the other side, and (iii) when they will be answered;

C. depositions. Specifically, (i) who will be deposed, (ii) how many hours will be allowed, and (iii) when the depositions will occur;

D. timelines for Rule 26(a)(1) disclosures, or whether the parties would prefer to dispense with these disclosures;

E. experts. Specifically, (i) the types and number of experts the parties expect to use, (ii) when expert reports will be exchanged and (iii) when experts will be deposed;

F. a deadline for the close of discovery;

G. whether the parties wish to appear before a United States Magistrate Judge for a settlement conference, and if so, at what point in the litigation;

H. whether the parties will consent to a trial before a United States Magistrate Judge;

I. whether dispositive motions are anticipated, and if so, what arguments will be raised;

J. a brief description (no more than two pages per side) of the case, including all claims and defenses; and

K. whether Counsel wish the Court to set a trial date now or whether the date should be set after dispositive motions are decided. Also, Counsel shall set forth the expected length of trial and whether a jury will be requested.

      Attached, the parties will find a draft copy of a form scheduling order. At the scheduling conference, Counsel should be prepared to discuss any other issues that are addressed in the form scheduling order.

      In most cases, the Court will allow between four and six months for discovery.

It is so ORDERED this 12TH day of February, 2003.

                                            Benson Everett Legg
                                            Chief Judge