**GALLAGHER
EVELIUS & JONES** LLP
ATTORNEYS AT LAW

MATTHEW W. OAKEY
moakey@gejlaw.com
direct dial: 410 347 1359
fax: 410 837 0454

March 3, 2003

The Honorable Benson Everett Legg
The United States District Court
  for the District of Maryland
101 West Lombard Street
Baltimore, MD  21201

  Re: *Maersk, Inc., et al. v. Donald J. McCrank*
    **Civil Action No.: L-97-3907**

Dear Judge Legg:

  Our firm acts as co-counsel to the Plaintiffs in the above-captioned action. Our office is in receipt of this Court's Order dated February 12, 2003 setting a Rule 16(b) Scheduling Conference for March 14, 2003 at 9:30 a.m. After forwarding the Court's Order to my co-counsel, Christopher G. Kelly and Frederick Braid, I have been informed by my co-counsel that they are both unavailable on March 14, 2003. Messrs. Kelly and Braid are unavailable because they both will be participating in their law firm's annual meeting in Orlando, Florida on March 13-15. Therefore, I request that the Court reschedule the Scheduling Conference to a date that is available for all parties.

  After reviewing the schedules of Mr. Braid and myself, we are both available for a conference on March 26, March 28, or April 4. Plaintiffs' counsel therefore request that this Court reschedule the Scheduling Conference to one of the above dates, or to another date that is convenient for the Court and all parties in this action.

  On a separate note, I wish to inform the Court that I plan to file motions *pro hac vice* so that Messrs. Kelly and Braid may be specially admitted as co-counsel for the Plaintiffs in this action. If you have any questions regarding the Plaintiffs' request to reschedule the Scheduling Conference, please do not hesitate to contact me.

            Sincerely,

            Matthew W. Oakey

MWO/mm
cc: Mr. Donald J. McCrank
   Christopher G. Kelly, Esquire
   Frederick Beard, Esquire

# 208693 MWO
011056-0000

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

MAERSK, INC., et al.          *

    vs.                          *          Case No.   L-97-3907

DONALD J. MCCRANK            *

                                       ******

## CERTIFICATE OF SERVICE

I hereby certify that on __March 3__, 2003 a copy of __letter to Judge Benson E. Legg__,

which was electronically filed in this case on __March 3__, 2003, was mailed via

first class mail, postage prepaid, to __Donald McCrank__.

_____

                                                          /s/

Matthew W. Oakey     #10764
*Printed Name*                *Bar Number*

GALLAGHER EVELIUS & JONES LLP
*Address*
218 N. Charles St., Ste. 400
Baltimore, MD  21201
*City/State/Zip*

410-727-7702          410-837-0454
*Phone No.*                    *Fax No.*