IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| MAERSK, INC. AND PAMELA McGEE TAYLOR, | * | |
| Plaintiffs/Counter-Defendants | * | |
| v. | * | Civil Action No. L97-3907 |
| DONALD MCCRANK, | * | |
| Defendant/Counter-Plaintiff | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## SUPPLEMENTAL CERTIFICATE OF MAILING

    **I HEREBY CERTIFY** that on this 7th day of April, 2003, copies of the Motion for Admission *Pro Hac Vice* of Christopher G. Kelly, Esquire and Frederick Braid, Esquire, and proposed orders, were mailed, postage prepaid, to:

Donald J. McCrank
6F Veiwridge Drive
Baltimore, MD 21236

    These motions were re-served after undersigned counsel learned that the copies served on Mr. McCrank on April 4, 2003, had been mistakenly addressed to Mr. McCrank with the zip code 21237 instead of his correct zip code of 21236.

                                               /s/
                                    Matthew W. Oakey
                                    Gallagher Evelius & Jones, LLP
                                    The Park Charles, Suite 400
                                    218 N. Charles Street
                                    Baltimore, MD 21201
                                    (410) 727-7702

                                    Attorneys for Plaintiffs

\# 211815 MWO
011056-0000