ORIGINAL

$50 FEE PAID
#1193532

___ FEE NOT PAID
(SEND LETTER)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2003 APR -4 P 3: 22

AT BALTIMORE

| | | |
|---|---|---|
| MAERSK, INC., et al., | * | |
| Plaintiffs | * | |
| v. | * | Civil Action No. BL-97-3907 |
| DONALD McCRANK, | * | |
| Defendant. | * | |

* * * * * * * * * * *

## MOTION FOR ADMISSON *PRO HAC VICE*

., Matthew W. Oakey, am a member in good standing of the bar of this Court. My bar number is 010764. am moving the admission of Christopher G. Kelly to appear *pro hac vice* in this case as counsel for Plaintiffs Maersk, Inc. and Pamela McGee Taylor.

We certify that:

The proposed admittee is a member in good standing of the bars of the following State Courts and/or United States Courts:

| Court | Date of Admission |
|---|---|
| New York State Courts | 1987 |
| United States District Court, Southern District of New York | 1987 |
| Eastern District of New York | 1987 |
| Western District of New York | 2001 |
| U.S. Court of Appeals, 2nd Circuit | 1990 |
| U.S. Court of Appeals, 11th Circuit | 2001 |

# 211616 MWO
011056-0000

2. During the twelve months immediately preceding this motion, the proposed admittee has not been admitted *pro hac vice* in this Court.

3. The proposed admittee has never been disbarred, suspended, or denied admission to practice law in any jurisdiction.

4. The proposed admittee is familiar with the Code of Professional Responsibility, the Federal Rules of Civil and Criminal Procedure, the Federal Rules of Evidence, the Federal Rules of Appellate Procedure and the Local Rules of this Court, and understands he shall be subject to the disciplinary jurisdiction of this Court.

5. The proposed admittee understands admission *pro hac vice* is for this case only and does not constitute formal admission to the bar of this Court.

6. The undersigned movant is also a member of the bar of this Court in good standing, and will serve as co-counsel in these proceedings.

7. The $50.00 fee for admission *pro hac vice* is enclosed.

Respectfully submitted,

| MOVANT | PROPOSED ADMITTEE |
|---|---|
| *[signature]* | *[signature]* |
| Matthew W. Oakey, Esquire | Christopher G Kelly, Esquire |
| Gallagher Evelius & Jones, LLP | Holland & Knight, LLP |
| 218 N. Charles St., Suite 400 | 195 Broadway |
| Baltimore, MD 21201 | New York, NY 10007 |
| Phone: 410-727-7702 | Phone: 212-513-3264 |
| Fax: 410-837-0454 | Fax: 212-385-9010 |

# 211616 MWO
011056-0000

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

MAERSK, INC. AND PAMELA McGEE *
TAYLOR,

    Plaintiffs/Counter-Defendants

v.   Civil Action No. L97-3907

DONALD MCCRANK,

    Defendant/Counter-Plaintiff

\* \* \* \* \* \* \* \* \* \* \* \* \*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 4th day of April, 2003, a copy of the foregoing Motion for Admission *Pro Hac Vice* was mailed, postage prepaid, to:

Donald J. McCrank
6F Veiwridge Drive
Baltimore, Maryland 21237

Frederick D. Braid, Esq.
Holland & Knight, LLP
195 Broadway
New York, NY 10007

Christopher G. Kelly, Esq.
Holland & Knight, LLP
195 Broadway
New York, NY 10007

_____
Matthew W. Oakey

\# 211690 GCA
011056-0000