IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| MAERSK, INC., et al., | * |
| Plaintiffs | * |
| v. | *   Civil Action No.: L 97-3907 |
| DONALD McCRANK, | * |
| Defendant. | * |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

### ORDER

Having considered the Motion Pro Hac Vice for the special admission of Christopher G. Kelly, Esquire to act as co-counsel for the Plaintiffs, it is this 9th day of April, 2003, hereby ORDERED:

That the Motion Pro Hac Vice for the special admission of Christopher G. Kelly, Esquire, be, and the same hereby is, GRANTED.

Felicia C. Cannon

Clerk, United States District Court

by *[signature]*

# 211809 MWO
011056-0000