$50 FEE PAID
#1193551
___ FEE NOT PAID
(SEND LETTER)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

FILED
US DISTRICT COURT
DISTRICT OF MARYLAND

2003 APR -4  P 3: 2

AT BALTIMORE
BY ___ DEPUTY

| | | |
|---|---|---|
| MAERSK, INC., et al., | * | |
| Plaintiffs | * | |
| v. | * | Civil Action No.: L-97-3907 |
| DONALD McCRANK, | * | |
| Defendant. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

## MOTION FOR ADMISSON *PRO HAC VICE*

I, Matthew W. Oakey, am a member in good standing of the bar of this Court. My bar number is 010764. I am moving the admission of Frederick D. Braid to appear *pro hac vice* in this case as counsel for Plaintiffs Maersk, Inc. and Pamela McGee Taylor.

We certify that:

1   The proposed admittee is a member in good standing of the bars of the following State Courts and/or United States Courts:

| Court | Date of Admission |
|---|---|
| New York State Courts | January 1972 |
| USDC Southern District of New York | April 1973 |
| USDC Eastern District of New York | April 1973 |
| US Court of Appeals for the Second Circuit | June 1973 |
| US Court of Appeals for the Fourth Circuit | |
| US Court of Appeals for the District of Columbia Circuit | |

# 208700 MWO
011056-0000

United States Supreme Court                                November 1975

2. During the twelve months immediately preceding this motion, the proposed admittee has been admitted *pro hac vice* in this Court 0 times.

3. The proposed admittee has never been disbarred, suspended, or denied admission to practice law in any jurisdiction.

4. The proposed admittee is familiar with the Code of Professional Responsibility, the Federal Rules of Civil and Criminal Procedure, the Federal Rules of Evidence, the Federal Rules of Appellate Procedure and the Local Rules of this Court, and understands he shall be subject to the disciplinary jurisdiction of this Court.

5. The proposed admittee understands admission *pro hac vice* is for this case only and does not constitute formal admission to the bar of this Court.

6. The undersigned movant is also a member of the bar of this Court in good standing, and will serve as co-counsel in these proceedings.

7. The $50.00 fee for admission *pro hac vice* is enclosed.

Respectfully submitted,

MOVANT

/s/ Matthew W. Oakey
Matthew W. Oakey, Esquire
Gallagher Evelius & Jones, LLP
218 N. Charles St., Suite 400
Baltimore, MD  21201
Phone:  410-727-7702
Fax:    410-837-0454

PROPOSED ADMITTEE

/s/ Frederick D. Braid
Frederick D. Braid, Esquire
Holland & Knight, LLP
195 Broadway
New York, NY  10007
Phone:  212-513-3393
Fax:    212-385-9010

# 208700 MWO
011056-0000

-2-

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

MAERSK, INC. AND PAMELA McGEE *
TAYLOR,
        Plaintiffs/Counter-Defendants
v.                                          Civil Action No. L97-3907

DONALD MCCRANK,
        Defendant/Counter-Plaintiff

\* \* \* \* \* \* \* \* \* \* \* \* \*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 4th day of April, 2003, a copy of the foregoing Motion for Admission *Pro Hac Vice* was mailed, postage prepaid, to:

Donald J. McCrank
6F Veiwridge Drive
Baltimore, Maryland 21237

Frederick D. Braid, Esq.
Holland & Knight, LLP
195 Broadway
New York, NY 10007

Christopher G. Kelly, Esq.
Holland & Knight, LLP
195 Broadway
New York, NY 10007

_____
Matthew W. Oakey

# 211690 GCA
011056-0000

```
RECEIPT FOR PAYMENT
UNITED STATES DISTRICT COURT
          for the

   DISTRICT OF MARYLAND
       BALTIMORE MARYLAND, MD

                          1193551
------------------------------------
RECEIVED FROM:
GALLAGHER EVELIUS & JONES
------------------------------------
Case Number:

L97-3907
------------------------------------

F/U/B/O:

Party ID:
Tender Type:         CHECK

03-6855XX            $50.00

Pro Hac Vice
                     $.00

Remarks: Ck # 103432 - Frederick
         D. Braid
------------------------------------
     Subtotal:       $50.00
------------------------------------

Receipt Total:       $50.00
====================================
# Checks and drafts are accepted
subject to collections and full
credit will only be given when
the check or draft has been
accepted by the financial
institution on which it was drawn.

     Date:    4/7/03
     Clerk:     JK
```