IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

MAERSK, INC., et al.,                *

    Plaintiffs                       *

v.                                   *      Civil Action No.: L 97-3907

DONALD McCRANK,                      *

    Defendant.                      *

\*　\*　\*　\*　\*　\*　\*　\*　\*　\*　\*　\*　\*　\*

## ORDER

Having considered the Motion Pro Hac Vice for the special admission of Frederick D. Braid, Esquire to act as co-counsel for the Plaintiffs, it is this 8th day of April, 2003, hereby ORDERED:

That the Motion Pro Hac Vice for the special admission of Frederick D. Braid, Esquire, be, and the same hereby is, GRANTED.

                                                            Felicia C. Cannon
                                                         Clerk, United States District Court
                                                         by: Lisa Stavrou

# 211807 MWO
011056-0000