# GALLAGHER
# EVELIUS & JONES LLP
ATTORNEYS AT LAW

MATTHEW W. OAKEY
moakey@gejlaw.com
direct dial: 410 347 1359
fax: 410 837 0454

May 9, 2003

The Honorable Benson Everett Legg
United States District Judge
United States Courthouse
101 West Lombard Street
Baltimore, MD  21201

      Re:   *Maersk, Inc. and Pamela McGee Taylor v. Donald McCrank*
             **Civil Action No. L-97-3907**

Dear Judge Legg:

      Plaintiffs are in receipt of Mr. McCrank's May 7, 2003 letter/motion, and respond to briefly address two points raised in his filing. First, Plaintiffs point out Mr. McCrank's attack on the FBI on page 1 of his filing. Mr. McCrank implies that the FBI fabricated statements that he made in an FBI interview in April, 1996. Second, Plaintiffs point out that all parties and counsel mentioned in Mr. McCrank's May 7th letter, with the exception of Mr. McCrank himself, are deemed by Mr. McCrank to be liars. Mr. McCrank's statements in his April 29 and May 7 letters speak for themselves and do not merit any further response.

      Therefore, Plaintiffs request that this court grant Plaintiffs' Petition for Disclosure based on all of the arguments presented by Plaintiffs and the statements presented by Mr. McCrank in his April 29, 2003 and May 7, 2003 letters.

                              Sincerely,

                              Matthew W. Oakey

MWO/cmc

cc:    Mr. Donald J. McCrank (via certified mail and first-class mail)
        6F Viewridge Drive
        Baltimore, MD  21236

# 214435 MWO
011056-0000

**GALLAGHER**
**EVELIUS & JONES** LLP
ATTORNEYS AT LAW

The Honorable Benson Everett Legg
May 9, 2003
Page Two

    Michael A. DiPietro, Esquire
    Assistant United States Attorney
    6625 United States Courthouse
    101 West Lombard Street
    Baltimore, MD  21201
    (sent along with a copy of Donald J. McCrank's May 7, 2003 letter)

# 214435 MWO
011056-0000