**GALLAGHER
EVELIUS & JONES LLP**
ATTORNEYS AT LAW

MATTHEW W. OAKEY
moakey@gejlaw.com
direct dial: 410 347 1359
fax: 410 837 0454

May 19, 2003

The Honorable Benson Everett Legg
United States District Judge
United States Courthouse
101 West Lombard Street
Baltimore, MD  21201

      Re:    *Maersk, Inc. and Pamela McGee Taylor v. Donald McCrank*
             Civil Action No. L-97-3907

Dear Judge Legg:

     Mr. McCrank's May 13, 2003 motion and proposed orders merit no response from us. There is nothing anyone could say that would present a better argument than Mr. McCrank has with his own hand for granting Plaintiffs' Petition for Disclosure, and for denying all of Mr. McCrank's requests. Indeed, we note Plaintiffs' relief that the Court's preliminary injunction in this case remains in force.

                                                              Respectfully submitted,

                                                              Matthew W. Oakey

MWO:br
cc:     Donald J. McCrank
        6F Viewridge Drive
        Baltimore, MD  21236
            **VIA CERTIFIED MAIL, RETURN RECEIPT REQUESTED**

        Michael A. DiPietro, Esq.
        Assistant United States Attorney
        6625 United States Courthouse
        101 West Lombard Street
        Baltimore, MD  21201
            (sent by mail and facsimile along with a copy of
            Defendant Donald J. McCrank's May 13, 2003
            motion and proposed orders)

# 215042 MWO
011056-0000