IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **MAERSK, INC. et al.** | : | |
| | : | |
| v. | : | CIVIL NO. L-97-3907 |
| | : | |
| **DONALD J. MCCRANK** | : | |

## ORDER

Pending are numerous motions filed by the parties. On May 27, 2003, the Court held an in-court scheduling conference. As stated at the conference, Mr. McCrank is entitled to discovery on his counter-claims, and the Court developed a detailed scheduling order. Additionally, Plaintiffs agreed to submit a revised motion for disclosure. Accordingly, the Court hereby:

(i) DENIES without prejudice to refiling at the close of discovery:

   (a) Plaintiffs' motion to dismiss (Docket No. 46),

   (b) Defendant's Motion for Dismissal of the Complaint (Docket No. 48), and

   (c) Defendant's Motion for Summary Judgment and/or Default Judgment and Dismissal (Docket No. 54);

   (d) Defendant's Motion for Dispositive Motions and Default Judgment (Docket No. 73); and

(ii) DENIES as MOOT:

   (a) Plaintiffs' Motion for Disclosure and for a Protective Order (Docket No. 66),

   (b) Defendant's Motion for a Court Order regarding production of documents (Docket No. 69), and

   (c) Defendant's Request for Production of Documents (Docket No. 74).

It is so ORDERED this __13th__ day of June, 2003.

                                                                               /s/

                                                  Benson Everett Legg
                                                  Chief Judge