# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

MAERSK, INC., et al.,                    *

      Plaintiffs                         *

v.                                       *   Civil Action No.: L 97-3907

DONALD McCRANK,                          *

      Defendant.                         *

  *   *   *   *   *   *   *   *   *   *   *   *   *

## STIPULATED SETTLEMENT AGREEMENT AND ORDER

Maersk, Inc. and Pamela McGee Taylor, by their attorneys, and Donald McCrank, representing himself, hereby agree to settle this matter on the following terms

1. Maersk, Inc. and Pamela McGee Taylor withdraw their complaint against Donald McCrank with prejudice, subject to McCrank's compliance with all of the requirements of this Stipulated Settlement Agreement. Further, Maersk, Inc. and Taylor agree not to pursue any further claims against McCrank arising out of the activities underlying Plaintiffs' complaint in this matter, provided McCrank complies with all provisions of this Stipulated Settlement Agreement.

2. Maersk will withdraw its request for an order to have the FBI disclose its files concerning Mr. McCrank, and ask the Court to rescind its order.

3. Mr. McCrank withdraws all of his claims against Ms. Taylor and Maersk, Inc. with prejudice

4. The Court will enter a permanent injunction and order in the form set forth in Appendix A. In connection with this order, it is also agreed that McCrank will not use Ms. Taylor as a reference for any of his employment opportunities and shall not otherwise refer to her in connection with his employment. Similarly, it is agreed that Ms. Taylor shall have no discussions with any of Mr. McCrank's employers concerning Mr. McCrank.

5. Maersk will provide Mr. McCrank with an undated, neutral reference on its letterhead that will read in accordance with the form set forth in Appendix B. The foregoing reference letter will be signed by the Human Resources Manager in Maersk, Inc. Corporate Headquarters, and only the information set forth in the neutral reference will be revealed should there be any inquiries of the Maersk, Inc. Human Resources Department about Mr. McCrank's employment history. Mr. McCrank shall list only the individual who signs Appendix B as a reference for his employment by Maersk, Inc. Should prospective employers seek any further information beyond what is set forth in Appendix B, they will be advised that it is Maersk, Inc.'s policy not to reveal any information other than what is in the letter of reference. In the event any information is requested of Ms. Taylor concerning Mr. McCrank's employment by Maersk, Inc., such inquiries will be referred to Human Resources.

6. Maersk, Inc. and Ms. Taylor shall henceforth take no affirmative action to prosecute Case No. 1997-3839 CF (Felony), pending in Criminal Circuit Court in

Duval County, Florida, unless Mr. McCrank should engage in activities henceforth that are of the same nature as those at issue in this Case No. 1997-3839 (Felony). Mr. McCrank hereby releases and holds Maersk, Inc., its past and present officers, directors, employees, shareholders, agents, representatives, attorneys, parent companies, subsidiaries, affiliates, related companies, successors and assigns, Ms. Taylor, harmless for any claims he may have arising from or related to his employment and termination from employment by Maersk, Inc., including circumstances underlying this Case No. 1997-3839 and the related civil case in Duval County Circuit Court, 1997-7996 DV, whether or not such claims have been asserted and whether or not such claims are known to Mr. McCrank at the time of the making of this Stipulated Settlement Agreement.

MAERSK, INC. by _Philip V Connine_ Dated _July 9, 2003_

PAMELA McGEE TAYLOR _Pamela McGee Taylor_ Dated _July 14, 2003_

DONALD McCRANK _Donald McCrank_ Dated _July 03 2003_

SO ORDERED.

_Benson E. Legg_ Dated _7/24/03_
BENSON EVERETT LEGG
UNITED STATES DISTRICT JUDGE