APPENDIX A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| MAERSK, INC., et al., | * | |
| Plaintiffs | * | |
| v. | * | Civil Action No.: L 97-3907 |
| DONALD McCRANK, | * | |
| Defendant. | * | |

* * * * * * * * * * * * *

**PERMANENT INJUNCTION AND ORDER**

The Court having received concessions through counsel for Mr. McCrank during the litigation of this matter that there was some justification for the allegations in the Complaint, and

The Court being aware of the passage of several years during the pendency of a preliminary injunction in this matter in which there has been no further activity of the nature underlying the Complaint,

Now, therefore, this Court hereby ORDERS as follows:

(I)   the Court PERMANENTLY ENJOINS Donald McCrank from contacting Maersk, Inc. and/or Ms. McGee Taylor;

(II) notwithstanding the PERMANENT INJUNCTION of the Court in paragraph (I), if Mr. McCrank becomes lawfully employed in a position that requires Mr. McCrank in the normal course of his job duties to communicate with employees of Maersk, Inc. in order to perform those duties, Mr. McCrank shall be permitted to make such communications, provided

(A)   that under no circumstances will he ever communicate with or



mention Ms. McGee Taylor in such communications;

(B) that such communications will be strictly limited to those matters necessary to perform his job duties and shall not refer to his prior employment by Maersk, Inc. and/or the subject matter of this litigation; and

(C) that there is no interference with the business of Maersk caused by Mr. McCrank's communications or other activities.

IT IS SO ORDERED this 24 th day of July, 2003

_____
Benson Everett Legg
United States District Judge

# APPENDIX B

[Maersk, Inc. Letterhead]

To Whom It May Concern:

This is to confirm that Donald McCrank was an employee of Maersk, Inc. in its Jacksonville, FL office during the period from April 18, 1988 to October 30, 1989. During this time he worked as an Intermodal Coordinator.

On or about October 30, 1989, Mr. McCrank left the employ of Maersk to pursue other opportunities. At the time he left Maersk, he was earning approximately $18,000 a year.

                                                          Very truly yours,

NYC1 #554139 v2

Index No. L97-3907   Year 20 03

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

MAERSK, INC., et al.,

                *Plaintiffs,*

— against —

DONALD McCRANK,

                *Defendant.*

## STIPULATED SETTLEMENT AGREEMENT AND ORDER

*Attorneys for*

**HOLLAND & KNIGHT** LLP

*Plaintiffs*

195 Broadway
New York, N.Y. 10007-3189
(212) 513-3200

*Pursuant to 22 NYCRR 130-1.1, the undersigned, an attorney admitted to practice in the courts of New York State, certifies that, upon information and belief and reasonable inquiry, the contentions contained in the annexed document are not frivolous.*

Dated: ............................   Signature ............................

                    Print Signer's Name.

*Service of a copy of the within*               *is hereby admitted.*

Dated:

           ............................

           *Attorney(s) for*

*PLEASE TAKE NOTICE*

☐ **NOTICE OF ENTRY**   *that the within is a (certified) true copy of a entered in the office of the clerk of the within named Court on*      20

☐ **NOTICE OF SETTLEMENT**   *that an Order of which the within is a true copy will be presented for settlement to the Hon.*   *one of the judges of the within named Court, at on*    20    , at    M.

Dated:

           **HOLLAND & KNIGHT** LLP

*Attorneys for*

           195 Broadway
           New York, N.Y. 10007-3189

To:

I, the undersigned, am an attorney admitted to practice in the courts of New York, and

☐ **Attorney's Certification**
certify that the annexed
has been compared by me with the original and found to be a true and complete copy thereof.

☐ **Attorney's Verification by Affirmation**
say that: I am the attorney of record, or of counsel with the attorney(s) of record, for
. I have read the annexed
know the contents thereof and the same are true to my knowledge, except those matters therein which are stated to be alleged on information and belief, and as to those matters I believe them to be true. My belief, as to those matters therein not stated upon knowledge, is based upon the following.

The reason I make this affirmation instead of

I affirm that the foregoing statements are true under penalties of perjury

Dated:
................................................
*(Print signer's name below signature)*

**STATE OF NEW YORK, COUNTY OF**                    ss:

being sworn says: I am

☐ **Individual Verification**
in the action herein; I have read the annexed
know the contents thereof and the same are true to my knowledge, except those matters therein which are stated to be alleged on information and belief, and as to those matters I believe them to be true.

the                                    of

☐ **Corporate Verification**
a corporation, one of the parties to the action; I have read the annexed
know the contents thereof and the same are true to my knowledge, except those matters therein which are stated to be alleged on information and belief, and as to those matters I believe them to be true.

My belief, as to those matters therein not stated upon knowledge, is based upon the following:

Sworn to before me on                    20
................................................
*(Print signer's name below signature)*

**STATE OF NEW YORK, COUNTY OF**                    ss:

being sworn says: am not a party to the action, am over 18 years of age and reside at
On                    , 20    , I served a true copy of the annexed
in the following manner:

☐ **Service by Mail**
by mailing the same in a sealed envelope, with postage prepaid thereon, in a post-office or official depository of the U.S. Postal Service within the State of New York, addressed to the last-known address of the addressee(s) as indicated below:

☐ **Personal Service**
by delivering the same personally to the persons at the address indicated below:

☐ **Service by Electronic Means**
by transmitting the same to the attorney by electronic means to the telephone number or other station or other limitation designated by the attorney for that purpose. In doing so I received a signal from the equipment of the attorney indicating that the transmission was received, and mailed a copy of same to that attorney, in a sealed envelope, with postage prepaid thereon, in a post office or official depository of the U.S. Postal Service within the State of New York, addressed to the last-known address of the addressee(s) as indicated below:

☐ **Overnight Delivery Service**
by depositing the same with an overnight delivery service in a wrapper properly addressed. Said delivery was made prior to the latest time designated by the overnight delivery service for overnight delivery. The address and delivery service are indicated below:

Sworn to before me on                    20
................................................
*(Print signer's name below signature)*